UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DUSTIN MUSSO**                                      **CIVIL ACTION**

**VERSUS**

**CAPTAIN ENRICO GEORGE, ET AL.**          **NO. 25-00194-BAJ-EWD**

## RULING AND ORDER

On February 5, 2026, the Magistrate Judge issued a **Report And Recommendation (Doc. 40, the "R&R")** recommending that the Court deny Plaintiff's Motion to Remand (Doc. 10) because removal to this Court was proper. (Doc. 40 at 2). The Report further recommends that the Court deny Defendant Department of Public Safety and Corrections' ("DPSC") Motion to Dismiss (Doc. 9) because Plaintiff is not asserting any federal claims against DPSC and because Plaintiff's state law vicarious liability claims against DPSC are plausible. (Doc. 40 at 12-15). The record shows that no objections to the R&R were filed.

Having carefully considered Defendant's Notice of Removal (Doc. 1), Plaintiff's Motion to Remand (Doc. 10), Defendant's Opposition (Doc. 13), and Plaintiff's Reply Brief (Doc. 17), as well as Defendant DPSC's Motion to Dismiss (Doc. 9) and Plaintiff's Opposition (Doc. 11), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 10) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant DPSC's Motion to Dismiss (Doc. 9) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk's Entry of Default entered against Defendant Jeffrey Hall (Doc. 39) be **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff's Counsel shall refrain from asserting again in this Court the argument that the State of Louisiana cannot remove a case from state court because no federal claim is asserted against it, only against individual defendants, without addressing that this argument has been rejected multiple times by this Court.

**IT IS FURTHER ORDERED** that this matter is **REFERRED** to the Magistrate Judge for a scheduling conference and issuance of a scheduling order.

Baton Rouge, Louisiana, this 20th day of February, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**